**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jeremy Desmond MORMAN,
Defendant–Appellant.**

**No. 12–6347.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 24, 2012.

Decided May 31, 2012.

Jeremy Desomond Morman, Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Desmond Morman appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Morman,* No. 1:99–cr–00358–

JAB–1 (M.D.N.C. Feb. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*